PHILLIP A. TALBERT
United States Attorney
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2821
Facsimile: (916) 554-2900
edward.olsen@usdoj.gov

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICIA DABNEY,<br><br>　　　　Plaintiff,<br><br>v.<br><br>MICHAEL YOUNG, Acting Secretary,<br>U.S. Department of Agriculture,<br><br>　　　　Defendant. | CASE NO. 1:16-CV-01685-LJO-BAM<br><br>**STIPULATION AND ORDER DISMISSING CERTAIN CLAIMS AND TRANSFERRING BREACH OF CONTRACT CLAIM TO COURT OF FEDERAL CLAIMS** |

Plaintiff, by and through her attorneys of record, and Defendant, by and through his attorneys of record, hereby stipulate to the following, subject to approval of the Court:

1. Plaintiff's claims for negligent and intentional interference with prospective economic advantage (Claims One and Two) are dismissed for lack of subject matter jurisdiction.

2. Plaintiff's claim for breach of contract, which is in excess of the jurisdictional limits, is transferred to the Court of Federal Claims.

1

3. By agreeing to Plaintiff's request to transfer her breach of contract claim, Defendant does not waive any defenses it may bring in the Court of Federal Claims, including lack of subject matter jurisdiction, statute of limitations, and failure to state a claim upon which relief may be granted.

4. Each of the parties shall bear their own costs and fees related to the proceedings in this Court.

Respectfully submitted,

Dated: May 18, 2017

PHILLIP A. TALBERT
United States Attorney

By: */s/ Edward A. Olsen*
EDWARD A. OLSEN
Assistant United States Attorney


Dated: May 18, 2017

*/s/ Brian K. Cline*
BRIAN K. CLINE
ROBERT J. PECORA
Attorneys for Plaintiff

# ORDER

Pursuant to the parties' stipulation, the Court orders the following:

1. Plaintiff's claims for negligent and intentional interference with prospective economic advantage (Claims Two and Three) are dismissed for lack of subject matter jurisdiction.

2. Plaintiff's claim for breach of contract (Claim One), which is in excess of the jurisdictional limits, is transferred to the Court of Federal Claims.

3. By agreeing to Plaintiff's request to transfer her breach of contract claim, Defendant does not waive any defenses it may bring in the Court of Federal Claims, including lack of subject

matter jurisdiction, statute of limitations, and failure to state a claim upon which relief may be granted.

4. Each of the parties shall bear their own costs and fees related to the proceedings in this Court.

IT IS SO ORDERED.

Dated: **May 19, 2017**  /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE